**UNITED STATES BANKRUPTCY COURT**
**Northern District of Georgia**
**Atlanta Division**

In Re: Debtor(s)
    **Tiffany Lafaye Brown**

Case No.: **18–59043–lrc**
Chapter: **13**

# ORDER GRANTING APPLICATION TO PAY FILING FEE IN INSTALLMENTS FOR INDIVIDUALS OR JOINT DEBTORS

    Debtor or Debtors (hereinafter "Debtor") has filed an application to pay the filing fee for the voluntary petition in installments, and has remitted the initial payment. Accordingly, it is ORDERED that:

    1. Debtor's application is granted, and Debtor shall pay an amount not less than one–half of the unpaid balance of the filing fee as the second installment within 30 days of the petition date; and Debtor shall pay the remaining unpaid balance of the filing fee as the final installment within 60 days of the petition date:

    Second installment of **$117.50** on or before **July 2, 2018**.
    Final installment of **$117.50** on or before **July 31, 2018**.

**For payments by mail, remit using cashier's check, money order or attorney's check made payable to "Clerk, United States Bankruptcy Court" to the address listed below:**

    **United States Bankruptcy Court**
    **1340 Richard Russell Building**
    **75 Ted Turner Drive, SW**
    **Atlanta, GA 30303**

**For payments made by hand delivery to a divisional office in Gainesville, Newnan or Rome, note that cash is not accepted. You must remit using cashier's check, money order or attorney's check. The Atlanta divisional office will accept these forms of payment as well as cash.**

    2. Failure by Debtor to pay timely the second or final filing fee installment will constitute cause warranting dismissal of the case without opportunity for hearing.

    3. In accordance with Bankruptcy Rule 1006(b)(3), until the filing fee is paid in full, Debtor shall not pay, and no person shall accept, any money for services in connection with Debtor's case, and Debtor shall not relinquish, and no person shall accept, any property as payment for services in connection with this case.

    The Clerk will serve this Order upon Debtor, Debtor's counsel, and Trustee.

  **IT IS SO ORDERED,** on June 4, 2018 .

    Lisa Ritchey Craig
    United States Bankruptcy Judge

Form 304 (Standard Order Granting Application to Pay Filing Fee in Installments – Revised June 2015)